IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANDREW WILLIAM AGNEW**                                                                **PLAINTIFF**

v.                              Case No. 4:21-CV-01222-LPR

**CONAGRA BRANDS**                                                                      **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 19th day of March 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE